William P. Deni, Jr.
Charles H. Chevalier
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA LLC; VALEANT PHARMACEUTICALS IRELAND LTD.; DOW PHARMACEUTICAL SCIENCES, INC.; and KAKEN PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC.; MYLAN LABORATORIES LTD.; and MYLAN INC., <br><br> Defendants. | Civil Action No. 18-cv-14305 (PGS) (LHG) <br><br> *Document Electronically Filed* |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Valeant Pharmaceuticals North America LLC ("Valeant"), Valeant Pharmaceuticals Ireland Ltd. ("Valeant Ireland"), Dow Pharmaceutical Sciences, Inc. ("Dow"), and Kaken Pharmaceutical Co., Ltd. ("Kaken") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order Granting Defendants' Motion to Dismiss [ECF No. 52, 18-cv-14305] entered in this action on August 14, 2019, and all other orders and judgments that merge into such order.

Dated: September 10, 2019
       Newark, New Jersey

Respectfully submitted,

<u>s/ William P. Deni, Jr.</u>
William P. Deni, Jr.
Charles H. Chevalier
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com
cchevalier@gibbonslaw.com
jlower@gibbonslaw.com

*Attorneys for Plaintiffs*

**Of Counsel:**
Thomas P. Steindler (*pro hac vice*)
Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
Ian B. Brooks (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8000

*Attorneys for Plaintiffs*
*Valeant Pharmaceuticals North America LLC,*
*Valeant Pharmaceuticals Ireland Ltd., and*
*Dow Pharmaceutical Sciences, Inc.*

John D. Livingstone (*pro hac vice*)
Samhitha Muralidhar Medatia (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

Naoki Yoshida (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**

33rd Floor, Shiroyama Trust Tower
3-1, Toranomon 4-chome, Minato-ku
Tokyo, 105-6033 Japan
+81-3-3431-6943

*Attorneys for Plaintiff*
*Kaken Pharmaceutical Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019, copies of the foregoing were served on all counsel of record via ECF.

s/ William P. Deni, Jr.
William P. Deni, Jr.
